


1 | BENJAMIN B. WAGNER
United States Attorney
2 | JARED C. DOLAN
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

APR - 9 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR 104 KJM |
|---|---|
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO SEAL |
| AMANDA NICOLE NICOLETTI, BRITTNEY JANET BOOTH, and BOBBI JO HEISS | (UNDER SEAL) |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney JARED C. DOLAN to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 4/9/14

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO SEAL INDICTMENT         1