IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) | |
|---|---|---|
| | ) | ORDER TO REDUCE |
| v. | ) | TERM OF SUPERVISED RELEASE FOR |
| | ) | SUCCESSFUL COMPLETION |
| Amanda Nicole Nicoletti, | ) | OF REENTRY COURT |
| Defendant. | ) | (18 U.S.C. 3583(3)(1) |
| | ) | |
| | ) | Docket Number: 2:14CR00104-001 |

On January 18, 2018, the defendant was accepted as a participant in the Reentry Court Program. As of January 17, 2019, the defendant successfully completed the Reentry Court Program.

It is recommended by the Reentry Court Team that due to defendant's successful completion of the Reentry Court Program, the defendant's term of Supervised Release is to be reduced by one year, with a new termination date of October 4, 2019.

In accordance with 18 U.S.C. § 3583(3)(1), the Reentry Court Judge orders that a reduction is approved. The term of Supervised Release imposed on March 11, 2015, is hereby reduced by one year for defendant's successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendation are submitted to the District Judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 302 and shall be considered forthwith without the need for time to respond.

___May 23, 2019___
Date

_____
The Honorable Sheila K. Oberto
U.S. Magistrate Judge

**IT IS ORDERED** that these findings and recommendations are hereby adopted and approved. The defendant's term of Supervised Release is reduced by one year, with a new termination date of October 4, 2019.

___6/5/19___
Date

_____
The Honorable Kimberly J. Mueller
U.S. District Judge

cc: Defendant
Assistant United States Attorney: Jared Chase Dolan
Defense Counsel: Candace Ann Fry
FLU Unit – United States Attorney's Office
Fiscal Clerk - Clerk's Office